536 A.2d 337

Samuel A. WILSON,

v.

PHILADELPHIA HOUSING AUTHORITY, Appellant,

and

Rasheeda Abdual–Haqq.

Supreme Court of Pennsylvania.

Argued Dec. 7, 1987.

Decided Jan. 19, 1988.

Thomas P. Grace, James M. Marsh, Philadelphia, for appellant.

Arnold H. Winicov, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

PER CURIAM:

## ORDER

Order of Commonwealth Court reversed. *See LeFlar v. Gulf Creek Industrial Park*, 511 Pa. 574, 515 A.2d 875 (1986).

LARSEN, J., dissents.